**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

6

Document # _____

-------------------------------------------------------

PICKERING-GEORGE

USCA NO. _____

SDNY NO. __07cv11548__

-v-

JUDGE: __KMW__

DATE: __2/04/2008__

GONZALEZ ET AL

-------------------------------------------------------

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____Nezam D._____
FIRM _____APPEALS  SECTION_____
ADDRESS __UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY__
__500 PEARL STREET, NEW YORK, NEW YORK 10007__
PHONE NO. _____(212) 805-0636_____

DISTRICT COURT DOCKET ENTRIES -------------------------------------------------

DOCUMENTS                                                                 DOC#

_____
Clerk's Certificate
_____
See Attached List of Numbered Documents
_____
Only Circled Documents Included
_____

( √ ) Original Record                                        (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __4th__ Day of __February__, 2008.

**United States District Court for
the Southern District of New York**

-------------------------------------------------

PICKERING-GEORGE

-V-

GONZALEZ ET AL

-------------------------------------------------

Date: 2/04/2008
U.S.C.A. # _____

U.S.D.C. # 07cv11548

D.C. JUDGE KMW

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered 1 Through 5, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**          **Document Description**

_____

_____

_____

_____

_____

_____

_____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 4th Day of February In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-11548-KMW
### Internal Use Only

Pickering-Geroge v. Gonzalez et al
Assigned to: Judge Kimba M. Wood
Cause: 28:1331 Federal Question: Bivens Act

Date Filed: 12/26/2007
Date Terminated: 12/26/2007
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 12/26/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by John T. Pickering-Geroge.(mbe) (Entered: 01/08/2008) |
| 12/26/2007 | 2 | COMPLAINT against Emilio T. Gonzalez, INA, Catherine M. Dowdye, Catherine M. Daley. Document filed by John T. Pickering-Geroge.(mbe) (Entered: 01/08/2008) |
| 12/26/2007 |   | Magistrate Judge Andrew J. Peck is so designated. (mbe) (Entered: 01/08/2008) |
| 12/26/2007 | 3 | ORDER OF DISMISSAL: I grant plaintiff's request to proceed in forma pauperis, but dismiss the complaint for the following reasons. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed as frivolous and for failure to state a claim upon which relief may be granted. I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 12/26/2007) (mbe) (Entered: 01/08/2008) |
| 12/26/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed as frivolous and for failure to state claim upon which relief may be granted. 28 U.S.C. 1915(e)(2). I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 12/26/2007) (mbe) (Entered: 01/08/2008) |
| 01/29/2008 | 5 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint). Document filed by John T. Pickering-Geroge. Copies mailed to attorney(s) of record: A.U.S.A. (tp) (Entered: 02/04/2008) |
| 01/29/2008 |   | Appeal Remark as to 5 Notice of Appeal filed by John T. Pickering-Geroge. $455.00 APPEAL FEE DUE. IFP REVOKED 12/26/07. (tp) (Entered: 02/04/2008) |
| 02/04/2008 |   | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 02/04/2008) |
| 02/04/2008 |   | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 02/04/2008) |